STATE of Missouri,
Plaintiff/Respondent,

v.

Douglas JOHNSON,
Defendant/Appellant.

Douglas JOHNSON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 58878, 60208.

Missouri Court of Appeals,
Eastern District,
Division One.

March 17, 1992.

Melinda K. Pendergraph, Columbia, Clay Grumke, John Klosterman, Brian N. Brown, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of possession of cocaine and was sentenced by the court as a prior offender to five years imprisonment. He also appeals from an order dismissing his Rule 29.15 motion. We affirm. We find no reversible error and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

STATE of Missouri,
Plaintiff/Respondent,

v.

Daryl K. DAVIS, Defendant/Appellant.

Daryl K. DAVIS, Movant/Appellant,

v.

STATE of Missouri,
Defendant/Respondent.

Nos. 58580, 60309.

Missouri Court of Appeals,
Eastern District,
Division One.

March 17, 1992.

Lew A. Kollias, J. Gregory Mermelstein, Columbia, for defendant, appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

## ORDER

PER CURIAM.

Davis appeals his conviction by the trial court of one count of burglary in the first degree. Davis also appeals from an order denying his Rule 29.15 motion on the merits following an evidentiary hearing. The trial court's judgment is based on findings of fact that are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b) and Rule 84.16(b).